# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 1, 2011

142639

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

ANNMARIE NILL,
      Plaintiff-Appellee,

v

BORDERS GROUP, INC., and LIBERTY
MUTUAL INSURANCE COMPANY,
      Defendants-Appellants.

SC: 142639
COA: 298446
WCAC: 09-000229

_____/

On order of the Court, the application for leave to appeal the January 20, 2011 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 1, 2011

_____
Clerk

t0525